IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CORNELIUS PITTMAN**     **PLAINTIFF**

VS.     **4:15CV00114-BRW-JTK**

**DOC HOLLADAY,** *et al.*     **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. No objections were filed. After a review of the proposed findings and recommendations as well as a de novo review of the record, the Court adopts them in their entirety.

Accordingly, Defendants Holladay, Haynes, Silvester, and Paxton are DISMISSED from this action, without prejudice.

IT IS SO ORDERED this 24th of April, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE