IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CORNELIUS PITTMAN**                                                                                              **PLAINTIFF**

**VS.**                                         **4:15CV00114-BRW-JTK**

**DOC HOLLADAY,** *et al.*                                                                              **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. No objections have been field and the time for doing so has passed. After a review of those proposed findings and recommendations, as well as a *de novo* review of the record, I adopt the recommendations in their entirety.

Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 20) is GRANTED, and Plaintiff's Complaint is DISMISSED with prejudice.

IT IS SO ORDERED this 18th day of March, 2016.

/s/ Billy Roy Wilson
UNITED   STATES   DISTRICT   JUDGE