# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CORNELIUS PITTMAN**                                                            **PLAINTIFF**

**VS.**                             **4:15CV00114-BRW-JTK**

**DOC HOLLADAY,** *et al.*                                               **DEFENDANTS**

## **JUDGMENT**

Based on the order entered today, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 18th day of March, 2016.


                                                                            /s/ Billy Roy Wilson
                                                                          UNITED   STATES   DISTRICT   JUDGE